UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* ADAM HART,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MCKESSON CORPORATION *et al.*,<br><br>                    Defendants. | Civil Action 15 Civ. 0903 (RA) |

### ~~[PROPOSED]~~ ORDER UNSEALING AMENDED COMPLAINT

Pursuant to the Court's May 29, 2020 Order (Dkt. No. 15), it is hereby ordered that Relator's First Amended Complaint (Dkt No. 16) and the Exhibits to the First Amended Complaint (Dkt No. 19) shall be unsealed.

Dated: July 9, 2020
New York, New York

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully directed to unseal the documents at docket entries 16 and 19.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 10, 2020