| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-25-20 |

UNITED STATES OF AMERICA, *et al.*, *ex rel.* ADAM HART,

                Plaintiffs,

v.

MCKESSON CORPORATION, *et al.*,

                Defendants.

15-CV-903 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    *Qui Tam* Plaintiff Adam Hart ("Relator") has moved, with the consent of the United States and all parties, to unseal the Court's March 12, 2015 Order for Admission *Pro Hac Vice*, which granted the motion of Stephen Hasegawa to appear in this action *pro hac vice*. Relator's counsel has contacted counsel for the United States and counsel for all defendants and has confirmed that the United States and all parties consent to this motion. Accordingly:

    IT IS HEREBY ORDERED that the Court's March 12, 2015 Order for Admission *Pro Hac Vice* shall be unsealed as of today's date.

SO ORDERED.

Dated:    August 25, 2020
              New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge