USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-18-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *et al., ex rel.* ADAM HART,

                Plaintiff,

v.

MCKESSON CORPORATION, *et al.*,

                Defendants.

15-CV-903 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Upon consideration of the arguments made by the parties in Wednesday's conference, the Court has decided to refer this case to Magistrate Judge Cott for general pre-trial purposes, including the pending motion to stay discovery and the pending application for a protective order. The Court will formally make this reference by separate order.

SO ORDERED.

Dated:    December 18, 2020
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge