USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.* :
ADAM HART, :
 :
              Plaintiff, : **ORDER**
 :
      -v- : 15-CV-903 (RA) (JLC)
 :
MCKESSON CORP., *et al.*, :
 :
             Defendants. :
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    For the reasons set forth on the record at today's conference, the time period for Defendants' search and production of Phase 1 documents in response to Relator's First Set of Requests for Production is limited to **January 2011 through February 6, 2015**. The Court will hold the next conference on **July 22, 2021** at **3:00 p.m.** Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586). The parties are directed to submit any letter-motions seeking relief from the Court by **July 15, 2021**. Any responses are due by **July 20, 2021** at **5:00 p.m.**

    The Clerk is directed to close Docket No. 95 and mark it as "denied."

    **SO ORDERED.**

Date: June 16, 2021
       New York, New York

                                            _____
                                            JAMES L. COTT
                                          United States Magistrate Judge