USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *et al. ex rel.*
ADAM HART,

      Plaintiffs,

    v.

MCKESSON CORP., *et al.*,

      Defendants.

Civil Action 15-Civ-0903 (RA) (JLC)

### ORDER REGARDING RELATOR'S PRODUCTION OF COMMUNICATIONS WITH THE DEPARTMENT OF JUSTICE

It is HEREBY ORDERED that, pursuant to Federal Rule of Evidence 502(d), the production by Relator to Defendants in the above-captioned litigation of communications between Relator (including Relator's counsel) and the U.S. Department of Justice ("DOJ") regarding the sharing of documents between DOJ and Relator, and regarding the DOJ's consent to Relator's production of those documents in the above-captioned litigation, shall not constitute a waiver of any privilege or protection that may apply to those communications in this action, including any common-interest privilege or attorney work product protection, and shall not constitute a waiver in any other federal or state proceeding.

Dated: June 16, 2021
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge