USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.*
ADAM HART,

                Plaintiff,         **ORDER**

           -v-                      15-CV-903 (RA) (JLC)

MCKESSON CORP., *et al.*,

                Defendants.
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    The Court will hold a status conference on **September 29, 2021** at **4:00 p.m.** Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586). The parties are directed to submit any letter-motions seeking relief from the Court by **September 22, 2021**. Any responses are due by **September 27, 2021** at **5:00 p.m.**

    **SO ORDERED.**

Date: August 11, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge