```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/15/22

United States of America, et al.,

                Plaintiffs,

         v.

McKesson Corporation, et al.,

                Defendants.

15-CV-0903 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Oral argument on the motion to dismiss is hereby **scheduled for March 7, 2022 at 4:00 p.m.,** and will be held by videoconference.

    The public may access the argument using the following the dial-in information: Call-in Number: (917) 933-2166; Access Code 830204610#. The Court will contact the parties the day before argument regarding the videoconferencing technology.

SO ORDERED.

Dated:    February 15, 2022
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge