**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

Via ECF                                                                                    February 25, 2022

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States ex rel. Hart v. McKesson Corp., et al.*, Case
     No. 1:15-cv-00903-RA-JLC

Dear Judge Abrams:

  I appeared as counsel for Defendants McKesson Corporation; McKesson Specialty Distribution, LLC; McKesson Specialty Care Distribution JV LLC; and McKesson Specialty Care Distribution Corporation (collectively, "McKesson") in the above-captioned matter. As of February 25, 2022, I will no longer be an attorney at Covington & Burling LLP ("Covington"). I therefore respectfully request an order removing my individual appearance from the docket and from the ECF distribution list for this action.

  My departure will not affect any pending deadlines, nor will it occasion any delay in this matter. Covington attorneys Ethan Posner, Krysten Rosen Moller, and Thomas Garten have already appeared in this action and will continue to represent McKesson's interests. I am not asserting a retaining or charging lien.

              Respectfully submitted,

              */s/ Elisa S. Solomon*
              Elisa S. Solomon

cc:  Counsel of record (via ECF)