UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al. ex rel*. ADAM HART, | No. 15 Civ. 0903 (RA) (JLC) |
| Plaintiff-Relator, | **[PROPOSED]** ORDER GRANTING MOTION TO FILE RELATOR'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT IN REDACTED FORM |
| - against - | |
| MCKESSON CORPORATION, *et al.*, | |
| Defendants. | |

Relator's August 26, 2022 Motion to File the Relator's Opposition to Defendant's Motion to Dismiss the Second Amended Complaint in Redacted Form is **GRANTED (IN PART)/DENIED (IN PART).** Relator's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint shall be filed provisionally in redacted form.

**IT IS SO ORDERED.**

Dated: ___August 29___, 2022

_____

District Judge Ronnie Abrams