UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA *et al., ex rel.* ADAM HART, | |
| Plaintiff, | No. 15-cv-0903 (RA) |
| v. | ORDER |
| MCKESSON CORPORTATION, *et al.*, | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

Now pending before the Court is Defendants' motion to dismiss the Second Amended Complaint.  *See* Dkt. 171.  Oral argument on the motion is hereby scheduled for Wednesday, March 15, 2023 at 11:00 a.m. via Microsoft Teams.  The public may use the following dial-in information to access an audio-only line for the proceeding: (646) 453-4442; Conference ID: 821 486 454#.

SO ORDERED.

Dated:    February 24, 2023
          New York, New York

Hon. Ronnie Abrams
United States District Judge