```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *et al., ex rel.* ADAM HART,

          Plaintiff,

v.

MCKESSON CORPORATION, *et al.*,

          Defendants.

15-CV-0903 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Following Relator Adam Hart's filing of the Second Amended Complaint in this action, Defendant McKesson once again moved to dismiss. *See* Dkt. 171. On March 28, 2023, the Court entered an opinion and order granting that motion without prejudice to Hart's further amendment of the Complaint. *See* Dkt. 190. Hart has since filed a notice of intent not to file a Third Amended Complaint, *see* Dkt. 193, and instead seeks to render the Court's "non-final order 'final' and appealable by disclaiming any intent to amend." *Slayton v. Am. Exp. Co.*, 460 F.3d 215, 224 (2d Cir. 2006), *as amended* (Oct. 3, 2006).

Accordingly, final judgment is hereby entered for Defendants, and the Clerk of Court is respectfully directed to close this action. *See* Fed. R. Civ. P. 58(a) (providing that a final judgment be set out in a "separate document").

SO ORDERED.

Dated:    April 17, 2023
              New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge