UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *et al*,

                Plaintiffs,

v.

MCKESSON CORPORATION *et al*,

                Defendants.

No. 15-cv-903 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 12, 2024, the Second Circuit affirmed the dismissal of Plaintiffs' federal False Claims Act claim, vacated the dismissal of their state-law claims, and remanded the case for further proceedings. The Court is in receipt of Relator Hart's motion to stay further proceedings pending the Supreme Court's resolution of a writ of certiorari. Defendants shall file a response to the motion for a stay no later than May 13, 2024.

SO ORDERED.

Dated:   May 8, 2024
            New York, New York

_____
Hon. Ronnie Abrams
United States District Judge