**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Krysten Rosen Moller

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5899
krosenmoller@cov.com

By CM/ECF

May 9, 2024

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States ex rel. Hart v. McKesson Corp.*, No. 15-cv-903-RA-JLC (Motion to Stay Proceedings)

Dear Judge Abrams:

Defendants McKesson Corporation, McKesson Specialty Distribution LLC, and McKesson Specialty Care Distribution Corporation do not oppose Relator's Motion to Stay further proceedings in this Court pending the Supreme Court's resolution of Relator's forthcoming petition to the United States Supreme Court for a writ of certiorari in this case.

Relator's motion to stay this action pending the Supreme Court's resolution of his petition for a writ of certiorari is hereby granted. The parties shall submit a joint letter advising this Court of the resolution of the cert petition within 24 hours of the Supreme Court's decision. If the Supreme Court denies cert, each party shall, within one week of the denial, submit a letter explaining why this Court should exercise supplemental jurisdiction over the state-law claims in this action.
SO ORDERED.

_____
Hon. Ronnie Abrams
U.S. District Judge
May 10, 2024

Respectfully submitted,

/s/ Krysten Rosen Moller

Krysten Rosen Moller