**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
UNITED STATES OF AMERICA et al.,

                    Plaintiffs,

        -against-

MCKESSON CORPORATION, MCKESSON
SPECIALTY DISTRIBUTION LLC, and
MCKESSON SPECIALTY CARE DISTRIBUTION
CORPORATION,

                    Defendants.
------------------------------------------------------------------X

15 **CIVIL** 903 (RA)

## JUDGMENT

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 31, 2024, the Court has declined to exercise supplemental jurisdiction over the state-law claims. The Court has thus dismissed the state-law claims without prejudice to refiling them in state court. *See Oneida Indian Nation*, 665 F.3d at 440. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York

        October 31, 2024

                                           **DANIEL ORTIZ**

                                        _____

                                       **Acting Clerk of Court**

             **BY:**  K. mango

                                       _____

                                         **Deputy Clerk**